JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOBO CONSTRUCTION, INC., et al.,<br><br>　　　　Defendants. | Case No.  CV 20-00096-GW-AFMx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

　　Based upon the Notice of Dismissal [147], filed on June 7, 2022, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

　　IT IS SO ORDERED.

Dated: June 8, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE